```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14151
   ERNEST L BLEVINS
   ASERINE BLEVINS                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2724      SSN XXX-XX-6971

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/07/2007 and was confirmed 11/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/04/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC     21418.83        4175.03       3219.52
AMERICREDIT FINANCIAL SV  UNSEC W/INTER    NOT FILED            .00           .00
AMERICREDIT               NOTICE ONLY      NOT FILED            .00           .00
COOK COUNTY TREASURER     SECURED              62.64            .00         62.64
HSBC MORTGAGE SERVICE     CURRENT MORTG    13114.27             .00      13114.27
HSBC MORTGAGE SERVICE     MORTGAGE ARRE    10425.82             .00           .00
SECOND CITY CONSTRUCTION  SECURED          35652.00             .00       7500.79
SHAPIRO & FISHER          NOTICE ONLY      NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSEC W/INTER    NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      383.98             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      367.11             .00           .00
IC SYSTEM INC             UNSEC W/INTER       70.82             .00           .00
RJM AQUISITIONS FUNDING   UNSEC W/INTER       29.00             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     2266.76             .00           .00
WALMART                   UNSEC W/INTER      162.61             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      634.32             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      194.97             .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      1,178.20                           .00
TOM VAUGHN                TRUSTEE                                        2,230.75
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE           30,303.00

PRIORITY                                       .00
SECURED                                  23,897.22
    INTEREST                              4,175.03
UNSECURED                                      .00
ADMINISTRATIVE                                 .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14151 ERNEST L BLEVINS & ASERINE BLEVINS
```

```
TRUSTEE COMPENSATION                                   2,230.75
DEBTOR REFUND                                               .00
                                      ----------------   ----------------
TOTALS                                      30,303.00         30,303.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 03/26/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 07 B 14151 ERNEST L BLEVINS & ASERINE BLEVINS